UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DANIEL WEST,**

    **Petitioner,**

v.                                          Case No. 5:21cv43-RV-HTC

**SHERIFF OF BAY COUNTY,**

    **Respondent.**

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 9, 2021 (ECF No. 15). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The magistrate judge's Report and Recommendation (ECF No. 15) is adopted and incorporated by reference in this order.

2. The amended petition under 28 U.S.C. § 2241, ECF Doc. 4, is DENIED without an evidentiary hearing.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** on this 10th day of August 2021.

*s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**